IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER SCOTT                                                               PETITIONER
Reg #13610-047

V.                              CASE NO. 2:18-cv-00052 JTK-JM

GENE BEASLEY, *Warden*,
Federal Correctional Complex-Forrest City                                       RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE