IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER SCOTT                                             PETITIONER
Reg #13610-047

V.                        CASE NO. 2:18-cv-00052 JTK-JM

GENE BEASLEY, *Warden*,
Federal Correctional Complex-Forrest City                     RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and the relief prayed for is DENIED.

SO ADJUDGED this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE